IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-099-KDB-DCK

| | |
|---|---|
| ESKAY CHILD DEVELOPMENT, INC., | )<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| v. | )<br>) |
| CHILD DEVELOPMENT SCHOOLS, INC., and MDC NC1, LP, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Extend Stay" (Document No. 19) filed November 12, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Extend Stay" (Document No. 19) is **GRANTED**. The parties shall file a Stipulation Of Dismissal on or before **December 12, 2024**.

**SO ORDERED**.

Signed: November 12, 2024

David C. Keesler
United States Magistrate Judge